# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
SWISSMARINE PTE LTD

**DEFENDANTS**
M/V ANGLO MARIE LOUISE
ANGLO MARIE LOUISE SHIPPING LIMITED

**(b)** County of Residence of First Listed Plaintiff: Singapore
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Steven Marshall Griffin, Jr., THE GRIFFIN LAW FIRM, 999 Waterside Drive, Ste 2525, Norfolk, VA 23510, 757-434-0198

Attorneys *(If Known)*
Mark Newcomb, Woods Rogers Vandeventer Black PLC, 101 West Main Street, Suite 500, Norfolk, Virginia 23510 757-446-8547

## II. BASIS OF JURISDICTION
[x] 3 Federal Question — Admiralty

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[x] 120 Marine

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: Breach of maritime contract

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 32,000,000
JURY DEMAND: [x] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: _____  DOCKET NUMBER: _____

DATE: Jun 23, 2025
SIGNATURE OF ATTORNEY OF RECORD: /s/ S.M. Griffin, Jr., VA Bar Number: 87585

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____