IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 2:25-cv-00374, Case Name SwissMarine Pte Lte Ltd. v. M/V ANGLO MARIE LOUSE et al

Party Represented by Applicant: SwissMarine Pte Ltd.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) John Stephen Simms
Bar Identification Number _____ State Maryland
Firm Name Simms Showers LLP
Firm Phone # 443-290-8704  Direct Dial # 443-290-8704  FAX # 410-510-1789
E-Mail Address jssimms@simmsshowers.com
Office Mailing Address 201 International Circle, Suite 230, Baltimore, Maryland 21030

Name(s) of federal district court(s) in which I have been admitted Please see attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)
John Stephen Simms

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ S.M. Griffin, Jr.                             6/23/2025
(Signature)                                       (Date)
Steven Marshall Griffin, Jr.                      87585
(Typed or Printed Name)                           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____          _____
(Judge's Signature)                  (Date)

## J. Stephen Simms – List of Bar Memberships
## As of June 23, 2025

| Bar Code / ID | Jurisdiction | Date of Admission/Status |
|---|---|---|
| None | U.S. Supreme Court | 10/21/2002 Active |
| None | U.S. Court of Federal Claims | 11/22/2006 Active |
| None | U.S. Court of International Trade | 01/19/1984 Active |
| 382388 | U.S. District Court - District of Columbia | 09/14/1992 Active |
| 04269 | U.S. District Court - Maryland | 08/16/1985 Active |
| None | U.S. District Court – Northern Illinois | 12/21/1983 Active |
| None | U.S. District Court – N.Y. Western District | 12/21/2015 Active |
| None | U.S. Court of Appeals - 2nd Circuit | 02/01/2010 Active |
| None | U.S. Court of Appeals – 3rd Circuit | 10/02/1985 Active |
| None | U.S. Court of Appeals – 4th Circuit | 10/18/1985 Active |
| None | U.S. Court of Appeals - 5th Circuit | 07/18/2002 Active |
| None | U.S. Court of Appeals – 7th Circuit | 12/30/1983 Active |
| None | U.S. Court of Appeals – 9th Circuit | 11/30/2005 Active |
| None | U.S. Court of Appeals – 11th Circuit | 09/12/1995 Active |
| 53972 | U.S. Court of Appeals – D.C. Circuit | 02/15/2012 Active |
| 382388 | D.C. Court of Appeals | 09/12/1995 Active |
| 6185958 | Illinois Supreme Court | 11/09/1983 Inactive |
| 198-512-010-574 | Maryland Court of Appeals | 12/20/1985 Active |