IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| SWISSMARINE PTE LTD | * | |
| Plaintiff, | * | Civil Action No. |
| v. | * | |
| M/V ANGLO MARIE LOUISE, IMO: 9490492, its engines, tackle and apparel | * * | |
| Defendant *in rem*, et al. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for SwissMarine Pte Ltd. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: June 23, 2025.

/s/ S.M. Griffin, Jr.
Steven Marshall Griffin, Jr.
VA Bar Number: 87585
THE GRIFFIN LAW FIRM
999 Waterside Drive
Suite 2525
Norfolk, VA 23510
757-434-0198
Email: marshall@griffinlawdefense.com

/s/ J. Stephen Simms
J. Stephen Simms, *pro hac vice pending*
Gary C. Murphy, *pro hac vice pending*
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: 410-783-5795
Fax: 410-510-1789
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

SwissMarine Pte. Ltd. Counsel