IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



| | | |
|---|---|---|
| SWISSMARINE PTE LTD | * | |
| Plaintiff, | * | Civil Action No.: 2:25-cv-00374 |
| v. | * | |
| M/V ANGLO MARIE LOUISE, IMO: 9490492, its engines, tackle and apparel | * | |
| | * | |
| Defendant *in rem*, et al. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE:** MASTER OF THE M/V ANGLO MARIE LOUISE,
IMO: 9490492

THE PRESIDENT OF THE UNITED STATES OF AMERICA
THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF VIRGINIA

GREETING:

    WHEREAS, on June 23, 2025, Plaintiff SwissMarine Pte Ltd filed a Verified Complaint against the Defendant Anglo Marie Louise Shipping Limited ("Anglo"), as defined in the Verified Complaint for reasons in said complaint mentioned for the sum to be held as security pending London arbitration of at least **USD 32,000,000** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall

have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this __2nd__ day of July 2025.

Fernando Galindo
Clerk - U.S. District Court


By: __/s/ DB__
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.